AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

KEVIN APONTE
580 Ash Street
Brockton, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ# 04-K62 MBB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 8, 2004** in **Plymouth** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense) having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, possess, in and affecting commerce, a firearm, to wit: a Glock, Model 19, 9mm semi-automatic pistol bearing an obliterated serial number

in violation of Title **18** United States Code, Section(s) **922(g)(1)**

I further state that I am a(n) **Special Agent, ATF** and that this complaint is based on the following facts:
*Official Title*

See attached affidavit.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

07-16-2004 @ 3:50 P.M.                 at           Boston, MA
Date                                                 City and State

MARIANNE B. BOWLER
CHIEF UNITED STATES MAGISTRATE JUDGE         Marianne B. Bowler, USMJ
Name & Title of Judicial Officer                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT OF JODY MINICK

I, Jody Minick, being duly sworn, do state that:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, and Firearms and Explosives ("ATF"). I have been an ATF Special Agent for eleven months. I have attended the fourteen week New Professional Training program at the ATF Academy in Brunswick, Georgia. I have also attended the ten week Criminal Investigator Training Program sponsored by the Federal Law Enforcement Training Center. Currently, I am assigned to a group in the Boston Field Office of ATF that, in part, works with other federal, state, and local police departments in the Commonwealth of Massachusetts to investigate and prosecute violations of federal firearm, explosive and controlled substance laws.

2. Based on my training and experience as an ATF Special Agent, I am familiar with federal firearms laws and know that it is a violation of 18 U.S.C. 922(g)(1) for any person who has been previously convicted of a felony, that is, a criminal offense punishable by imprisonment for a term of more than one year, to possess a firearm and/or ammunition that has traveled in interstate commerce.

-1-

3. The facts stated herein are based upon my review of the Brockton police reports involved in this investigation. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts, which I believe are sufficient to establish the requisite probable cause.

4. I submit this application in support of a criminal complaint against Kevin APONTE (Year of Birth: 1979) for violation of 18 United States Code Section 922(g)(1), felon in possession of a firearm.

5. On April 8, 2004 the Brockton Police Department executed a state search warrant at APONTE'S residence, the second floor apartment at 580 Ash Street, Brockton Massachusetts. The police had also obtained a search warrant for APONTE'S car, a brown Lexus, bearing MA registration 74ZG17.

6. While the police were conducting surveillance prior to execution of the search warrants, Brockton Police Detective McDermott saw the Lexus pull up to 580 Ash Street. Det. McDermott saw a man get out of the car, enter 580 Ash Street, leave the residence a short time later and return to the Lexus. The Lexus then drove to a Burger King, pulled in next to a black car and the officer saw what appeared to him to be a transaction

-2-

of some sort. The officers then approached the car, armed with the search warrant for that vehicle.

7. The driver was identified as APONTE. When he was removed from the car, a sandwich bag containing what appeared to be two small crack rocks and 2 white pills fell to the ground. The officers searched APONTE and recovered $865 from his pockets and 2 cell phones from the console of the car. Later in the search, the police recovered a jacket on the front passenger seat of the Lexus. Inside the jacket pocket, the officers found another small amount of what appeared to be crack cocaine.

8. APONTE was given his Miranda warnings at the Burger King parking lot. When the officers recovered the jacket they asked Aponte whose jacket it was and he admitted that it was his.

9. The officers then executed the search warrant at the second floor apartment at 580 Ash Street. They entered the apartment using a set of keys that they had taken from APONTE. Those keys also included a key fitting a Sentry safe found in the one bedroom apartment. Used sandwich bags, a scale, and glad zip lock bags were found in a drawer in a bureau. A small amount of what appeared to be crack cocaine was found under a drawer in the bureau. A digital scale was found in the Sentry safe. A Glock

semi automatic 9mm pistol with an obliterated serial number was found in the pocket of a grey sweatshirt hanging in the closet.

10. I checked the records of the Massachusetts Registry of Motor Vehicles and learned that APONTE'S mailing address in their records is 580 Ash Street in Brockton. APONTE'S car, the brown Lexus, bearing MA registration 74ZG17 is also registered at 580 Ash Street.

11. The three bags of suspected cocaine were examined by the Massachusetts Department of Public Health Laboratory and found to be cocaine. Each of the three bags weighed approximately .50 grams.

11. I have discussed this case with Angelo Thurman, ATF Interstate Nexus expert, who informed me that the Glock, Model 19, 9mm semi automatic pistol, bearing an obliterated serial number, was not manufactured in the Commonwealth of Massachusetts and therefore traveled in interstate commerce prior to the date it was recovered in APONTE'S apartment.

12. I have reviewed the records maintained by the Massachusetts Criminal History Systems Board and have determined that APONTE was convicted of Armed Assault with Intent to Murder in the Plymouth Superior Court in 1998. From my training and experience, I know that this offense is a felony under

Massachusetts law and carries a maximum penalty in excess of one year.

13.  Based on the above, there is probable cause to believe that on April 8, 2004, in Brockton, within the District of Massachusetts, Kevin APONTE, having previously been convicted of a crime punishable by a term of imprisonment of more than one year, possessed a firearm in and affecting commerce, to wit, a Glock, Model 19, 9mm semi automatic pistol, bearing an obliterated serial number, all in violation of 18 U.S.C. §922(g)(1).

*[signature]*
Jody Minick
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn and subscribed to before me this 16th day of July, 2004.

*[signature]* USMJ
MARIANNE B. BOWLER
CHIEF UNITED STATES MAGISTRATE JUDGE