✏AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES V. KEVIN APONTE | | | | | **EXHIBIT AND WITNESS LIST**<br>Case Number:  04-862-MBB |
|---|---|---|---|---|---|
| PRESIDING JUDGE<br>BOWLER | | | PLAINTIFF'S ATTORNEY<br>WILLIAM CONNOLLY | | DEFENDANT'S ATTORNEY<br>SYRIE FRIED |
| TRIAL DATE (S)<br>8/6/04 | | | COURT REPORTER<br>DIGITAL | | COURTROOM DEPUTY<br>SACCOCCIO |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  |  | 8/6/04 |  |  | SP. AGENT SHEILA O'HARA |
| 1 |  | 8/6/04 | X | X | AFFIDAVIT |
|  |  | 8/6/04 |  |  | ELIZABETH GARCIA DEPINA |
|  | A | 8/6/04 | X |  | RECEIPT FOR BAIL |
|  | A | 8/6/04 | X | X | RECEIPT FOR BAIL |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1         Pages