AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

KEVIN APONTE
580 Ash Street
Brockton, MA

## WARRANT FOR ARREST

CASE NUMBER: MJ#04-862-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          Kevin Aponte
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
being a previously convicted felon in possession of a firearm

in violation of
Title          18          United States Code, Section(s) 922(g)(1)

MARIANNE B. BOWLER
Name of Issuing Officer

*Marianne B. Bowler USMJ*
Signature of Issuing Officer

CHIEF UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

07-16-2004    @ 3:50 P.M.
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ATF
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 8/9/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.