UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA      )
                              )
v.                            )   Criminal No. 04-MJ-00862-MBB
                              )
KEVIN APONTE,                 )
            Defendant         )
_____)

## Notice of Appearance

Now comes the undersigned counsel, Robert M. Goldstein, and hereby enters his notice of appearance for the Defendant, Kevin Aponte, in the above-captioned matter.

_____
Robert M. Goldstein
Mass. Bar No. 630584
114 State Street
Boston, MA  02109
(617) 742-9015

Dated: September 28, 2004

**CERTIFICATE OF SERVICE**

      I, Robert M. Goldstein, hereby certify that on this 28th day of September, 2004, I have served one copy of the foregoing Notice of Appearance, by electronic filing and first-class mail, upon Assistant U.S. Attorney William Connolly and Syrie D. Fried.

                                                               _____
                                                               Robert M. Goldstein