## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| KEVIN APONTE | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**04** CR **10305** WGY
Case No.

Violation:
18 U.S.C. §922(g)(1) –
Possession of a Firearm and
Ammunition by a Convicted
Felon

## INDICTMENT

**COUNT ONE:**    18 U.S.C. §922(g)(1) – Possession of a Firearm and Ammunition by a Convicted Felon

The Grand Jury charges that:

On or about April 8, 2004, in Brockton, in the District of Massachusetts,

### KEVIN APONTE,

defendant herein, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: a Glock, Model 19, 9mm semi-automatic pistol, with an obliterated serial number, and fifteen rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

FOREPERSON OF GRAND JURY

William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, September 29, 2004.

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk    9/29/04 @ 5:00pm

-2-

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**04 CR 10305 WGY**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    Category No. _II_____    **Investigating Agency** _ATF_____

City  _Brockton_____    **Related Case Information:**

County  _Plymouth_____    Superseding Ind./ Inf. _____    Case No. _____
                                                   Same Defendant  _X_____    New Defendant _____
                                                   Magistrate Judge Case Number   _04-862-MBB_____
                                                   Search Warrant Case Number   _____
                                                   R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  _Kevin Aponte_____    Juvenile  ☐ Yes    ☒ No

Alias Name  _____

Address  _580 Ash Street, Brockton, MA_____

Birth date:  _1978_____    SS#: _*** ** 0612___    Sex: _M___    Race: _Hispanic_____    Nationality: _U.S.A.___

**Defense Counsel if known:**  **Syrie Fried**_____    **Address:** **Federal Defender's**_____

**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA  _William H. Connolly_____    Bar Number if applicable  _634501_____

Interpreter:  ☐ Yes  ☒ No    **List language and/or dialect:**  _____

Matter to be SEALED:  ☐ Yes  ☒ No

  ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:**  _____

☒ Already in Federal Custody as  _pre-trial detainee_____  in  **Plymouth**_____ .
☐ Already in State Custody  _____  ☐ Serving Sentence  ☒ Awaiting Trial
☐ On Pretrial Release:  **Ordered by**  _____  **on** _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:  _9/29/04_____    **Signature of AUSA:** _____

04 CR 10305 WGY

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy _____

**Name of Defendant**    Kevin Aponte _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §922(g)(1) | Felon in Possession of Firearm and Ammunition | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

**04 CR**

**District Court Case Number  (To be filled in by deputy**

**Name of Defendant**   Kevin Aponte

JS 45.wpd - 3/13/02