# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                                          CR. NO. 04-10305-WGY

KEVIN APONTE

## NOTICE

October 1, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for **arraignment at 2:45 p.m., Friday, October 8, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

/s/
MARIANNE B. BOWLER
Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD

\* **PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**