UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.                                                                           **CRIMINAL**
                                                                             **NO. 04-10305 -WGY**

**KEVIN APONTE**

### INITIAL SCHEDULING ORDER

 YOUNG, C.J.

   The above named defendant(s) having been arraigned on 10/8/04 before   BOWLER, USMJ  , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

   A.   The government shall provide automatic discovery by  11/5/04   See   L.R116.1(C).

   B.   The defendant shall provide automatic discovery by 11/5/04  .  See LR 116.1(D).

   C.   Any discovery request letters shall be sent and filed by   .11/19/04  See LR 116.3 (A) and (H).

   D.   Any responses to discovery request letters shall be sent and filed by  .12/3/04 See LR 116.3(A).

   E.   An initial status conference in accordance with LR 116.5 will be held on   11/22/04    at    2:00    p.m. in Courtroom No.   18     on the  5    floor.

                                                                             By the Court,

11/3/04                                                                      /s/ Elizabeth Smith
————————————                                                                 ————————————
      **Date**                                                               **Deputy Clerk**


(Crinsch1.wp - 11/24/98)