UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No:04-10305-WGY

**UNITED STATES**
**Plaintiff**

v.

**KEVIN APONTE**
**Defendant**

NOTICE OF RESCHEDULING

**YOUNG, C.J.**

TAKE NOTICE that the above-entitled case has been RESET for INITIAL SCHEDULING CONFERENCE at 2:00 P.M. , on TUE. NOV. 23 , 2004, in Courtroom No. 18, 5TH floor.

By the Court,

/s/ Elizabeth Smith

**Deputy Clerk**

**November 10, 2004**

**To: All Counsel**