# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

    v.

                                                                                                   CR. NO. 04-10305-WGY

KEVIN APONTE

## ***NOTICE***

December 8, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **hearing on docket entry # 14 (Kevin Aponte's Motion for Pretrial Release)** at **2:30 p.m., Tuesday, December 14, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                  /s/ Marianne B. Bowler
                                                  **MARIANNE B. BOWLER**
                                                  Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**