UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>04-10305-WGY</u>

UNITED STATES
Plaintiff

v.

KEVIN APONTE
Defendant

## SCHEDULING ORDER

YOUNG, C.J.

An initial status conference in accordance with LR 116.5 was held on  12/13/04

Any substantive motions are to be filed by   4/4/05   . See LR 116.3(E) and (H).

Response to any motion is to be filed on or before        4/29/05   See LR 116.3(l).

A Final Pretrial Conference will be held on   5/9/05@2PM

A joint memorandum in accordance with LR 116.5(C) is to be filed by 5/9/05

A tentative trial date has been set for   6/6/05

The time between    12/13/04         and    6/6/05   is excluded in the interest of justice.

By the Court,

/s/ Elizabeth Smith

_____
**Deputy Clerk**

**December 13, 2004To: All Counsel**