UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                            )
UNITED STATES OF AMERICA    )
                                                            )
v.                                                         )        Criminal No. 04-CR 10305-WGY
                                                            )
KEVIN APONTE,                              )
            Defendant                          )
_____)

### Kevin Aponte's Motion to Withdraw
### Motion For Pretrial Release

Now comes the Defendant, Kevin Aponte, by and through counsel, and hereby moves the Court to withdraw his motion for pretrial release. As grounds and reasons therefore, after yesterday's hearing, the defendant learned that the proposed third-party custodian (the defendant's mother) resides in a housing complex, that the housing authority would have to approve the defendant residing in his mother's home, that such approval is not likely given the defendant's criminal history, and, therefore, the defendant can no longer present his mother as a third-party custodian. As such, the defendant moves to withdraw his motion for pretrial release, which he will renew if and when his mother is able to secure permission from the housing authority or another suitable third party custodian is available for the Court's consideration.

                                              Respectfully Submitted,
                                              Kevin Aponte,
                                              By His Attorney,

                                              _____
                                              Robert M. Goldstein
                                              Mass. Bar No. 630584
                                              114 State Street
                                              Boston, Massachusetts  02109
                                              (617) 742-9015

Dated: December 15, 2004


## CERTIFICATE OF SERVICE

    I, Robert M. Goldstein, hereby certify that a true copy of the above document was served upon Assistant United States Attorney William Connolly, via electronic filing and hand-delivery, on December 15, 2004.

                                              _____
                                              Robert M. Goldstein