UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>KEVIN APONTE   )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 04CR 10305 WGY<br><br>Violation:<br>21 U.S.C. §841(a)(1) –<br>Possession of Cocaine<br>with Intent to Distribute<br>18 U.S.C. §922(g)(1) –<br>Possession of a Firearm and<br>Ammunition by a Convicted<br>Felon |

## SUPERSEDING INDICTMENT

COUNT ONE:   18 U.S.C. §922(g)(1) – Possession of a Firearm and
Ammunition by a Convicted Felon

The Grand Jury charges that:

On or about April 8, 2004, in Brockton, in the District of Massachusetts,

**KEVIN APONTE,**

defendant herein, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: a Glock, Model 19, 9mm semi-automatic pistol, with an obliterated serial number, and fifteen rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT TWO</u>:    21 U.S.C. §841(a)(1) - Possession of Cocaine
              With Intent to Distribute

The Grand Jury further charges that:

On or about April 8, 2004, in Brockton, in the District of Massachusetts,

**KEVIN APONTE,**

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, January 12, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:57P

-3-

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    Category No. II    Investigating Agency  ATF

City   Brockton         Related Case Information:

County   Plymouth       Superseding Ind./ Inf.  X        Case No.  04-10305-WGY
                        Same Defendant _____   New Defendant _____
                        Magistrate Judge Case Number _____
                        Search Warrant Case Number _____
                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Kevin Aponte           Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address   580 Ash Street, Brockton, MA

Birth date: 1978   SS#: *** ** 0612   Sex: M   Race: Hispanic   Nationality: U.S.A.

Defense Counsel if known:  Robert Goldstein    Address: 114 States St. Second Floor
                                                         Boston, MA 02109
Bar Number: _____

**U.S. Attorney Information:**

AUSA   William H. Connolly         Bar Number if applicable   634501

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as   pre-trial detainee   in   Plymouth
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty    ☐ Misdemeanor    ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/12/04        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy _____

Name of Defendant   Kevin Aponte

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §922(g)(1) | Felon in Possession of Firearm and Ammunition | 1 |
| Set 2 | 21 U.S.C. §841(a)(1) | Possession w/ Intent to Distribute Cocaine | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

**District Court Case Number**  (To be filled in by deputy

**Name of Defendant**      Kevin Aponte

JS 45.wpd - 3/13/02