# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

      v.                                        CR. NO. 04-10305-WGY

KEVIN APONTE

## *NOTICE*

January 27, 2005

**BOWLER, U.S.M.J.**

      PLEASE TAKE NOTICE that the above-entitled case has been scheduled for

**Arraignment on the Superseding Indictment at 10:30 a.m., Friday, February 4, 2005,** in

courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston,

Massachusetts.

                                      /s/    Marianne B. Bowler
                                    **MARIANNE B. BOWLER**
                                    United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\* PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**