UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KEVIN APONTE, )<br>Defendant )<br>) | NO. 04-CR-10305 |

## Motion to Withdraw as Counsel

Now comes undersigned counsel and hereby moves the Court for permission to withdraw as counsel for the defendant in the above-captioned matter as there has been a breakdown in the attorney-client relationship. Counsel has discussed this matter with the defendant and he assents to the allowance of the instant motion.

Respectfully Submitted,

_____
Robert M. Goldstein
Mass. Bar No. 630584
20 Park Plaza, Suite 903
Boston, MA  02116
(617) 742-9015

Dated: February 4, 2005

**CERTIFICATE OF SERVICE**

      I, Robert M. Goldstein, hereby certify that a true copy of the above document was served upon Assistant United States Attorney William Connolly, via electronic filing, on Friday, February 4, 2005.

                                                                    _____

                                                                   Robert M. Goldstein