```
                    UNITED STATES OF AMERICA
                  FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | CRIMINAL NO. 04-CR-10305-WGY |
| v.  ) | |
| ) | |
| KEVIN APONTE  ) | |
| ) | |

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE SUBSTANTIVE MOTIONS

The defendant, Kevin Aponte, hereby moves this Honorable Court for an enlargement of time by three weeks in which to file substantive motions, to allow the filing of defendant's motions to April 25, 2005. The defendant states the following grounds in support of this motion:

1. The undersigned defense counsel entered her first appearance in this case in February, 2005, by which time discovery had been conducted and a scheduling order had issued.

2. Counsel needs additional time in which to review motions and potential motion with Mr. Aponte prior to filing the motion/s or making the decision not to do so.

3. Counsel has conferenced this matter with AUSA Connolly, who had no objection to the request for enlargement.

WHEREFORE, the defendant respectfully requests this Honorable Court to grant him thre additional weeks in which to file substantive motions, setting the new deadline on April 25, 2005.

Respectfully submitted,

KEVIN APONTE,
By his Attorney,

   /s/  Leslie Feldman-Rumpler
Leslie Feldman-Rumpler, Esq.
BBO # 555792

101 Tremont Street, Ste. 708
Boston, MA 02108
(617) 728-9944