UNITED STATES OF AMERICA
             FOR THE DISTRICT OF MASSACHUSETTS

_____  _____
UNITED STATES OF AMERICA )
                         )      CRIMINAL NO. 04-CR-10305-WGY
v.                       )
                         )
KEVIN APONTE             )
_____  )

                DEFENDANT'S MOTION TO SUPPRESS

     The defendant, Kevin Aponte, hereby moves this Honorable Court to suppress the gun seized from his apartment on April 8, 2004.  The defendant states the following grounds in support of this motion:

     1.   On April 8, 2004, Brockton police conducted a search of Mr. Aponte's apartment, pursuant to a search warrant.  A true and accurate copy of the search warrant and return will be filed separately in paper form as Exhibit A to this motion.

     2.   The warrant authorized a search of the apartment for crack cocaine, paraphernalia, identifications, and monies.  The return indicates that the objects of the warrant were all found in a bedroom of the apartment, and some of those items were found inside a safe in that room.

     3.   The gun, which forms the basis for the main charge in this case, was found in a hallway closet.  No drugs were found in the closet.

     4.   The search of the closet went beyond the scope of the search authorized by the warrant.  See, Coolidge v. New

Hampshire, 403 U.S. 443 (1990); Horton v. California, 496 U.S. 128 (1990).

    5.   Apart from the search authorized by the warrant, any search of the apartment constitutes a violation of Mr. Aponte's right to privacy, in violation of his rights under the Fourth and Fourteenth Amendments to the United State Constitution.

    WHEREFORE, the defendant, Kevin Aponte, respectfully requests this Honorable Court to order the gun seized during the search suppressed.

                              Respectfully submitted,

                              KEVIN APONTE
                              By his Attorney

                             /Leslie Feldman-Rumpler
                            Leslie Feldman-Rumpler, Esq.
                            BBO # 555792
                            101 Tremont Street, Ste. 708
                            Boston, MA  02108
                            (617) 728-9944

## CERTIFICATE OF SERVICE

    I, Leslie Feldman-Rumpler, hereby certify that I have caused a copy of the within document to be transmitted electronically to AUSA William Connolly this day.

 5/16/2005                        Leslie Feldman-Rumpler
Date                              Leslie Feldman-Rumpler, Esq.