```
                    UNITED STATES OF AMERICA
                  FOR THE DISTRICT OF MASSACHUSETTS
```

```
_____
UNITED STATES OF AMERICA      )
                              )    CRIMINAL NO. 04-CR-10305-WGY
v.                            )
                              )
KEVIN APONTE                  )
_____)
```

## MOTION TO CONTINUE TRIAL

The defendant, Kevin Aponte, hereby moves this Honorable Court to continue the trial of this case from its presently scheduled date of June 6, 2005 to July 18, 2005, and to exclude all of the time between those two dates. The defendant states the following grounds in support of this motion:

1. The defendant has filed a Motion to Suppress, now scheduled for hearing on June 3, 2005.

2. There is some possibility that this case may be resolved short of trial, but the potential resolution cannot be accomplished sufficiently before June 6 to avoid the necessity of the government's preparing for trial. A continuance would therefore preserve the possibility of a reasonable resolution of the matter short of trial.

WHEREFORE, the defendant respectfully requests this Honorable Court to continue the trial to July 18, 2005, and to exclude all time between June 6 and that date.

          Respectfully submitted,

          KEVIN APONTE,
          By his Attorney,
          /s/ Leslie Feldman-Rumpler
          Leslie Feldman-Rumpler, Esq.
          101 Tremont Street, Ste. 708
          Boston, MA 02108
          (617) 728-9944

CERTIFICATE OF SERVICE

    I, Leslie Feldman-Rumpler, hereby certify that an electronic copy of the within document has been transmitted to: AUSA William Connolly this day.

| | |
|---|---|
| 5/24/05 | /s/Leslie Feldman-Rumpler |
| Date | Leslie Feldman-Rumpler, Esq. |