AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF

UNITED STATES

V.

KEVIN APONTE

## EXHIBIT AND WITNESS LIST

Case Number:  04-10305-WGY

| PRESIDING JUDGE<br>YOUNG | PLAINTIFF'S ATTORNEY<br>AUSA CONNOLLY | DEFENDANT'S ATTORNEY<br>FELDMAN-RUMPLER |
| --- | --- | --- |
| TRIAL DATE (S)<br>6/3/05 | COURT REPORTER<br>WOMACK | COURTROOM DEPUTY<br>SMITH |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | | 6/3/05 | | | THOMAS KEATING |
| | | 6/3/05 | | | CHRISTOPHER McDERMOTT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.