```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            04-10305-WGY

 4
         * * * * * * * * * * * * * * * *
 5                                      *
         UNITED STATES OF AMERICA        *
 6                                      *
         v.                              *    MOTION TO SUPPRESS
 7                                      *
         KEVIN APONTE                    *
 8                                      *
         * * * * * * * * * * * * * * * *
 9

10
                 BEFORE:  The Honorable William G. Young,
11                                 District Judge

12


13


14      APPEARANCES:

15              WILLIAM H. CONNOLLY, Assistant United
        States Attorney, 1 Courthouse Way, Suite 9200,
16      Boston, Massachusetts 02210, on behalf of the
        Government
17
                LAW OFFICE OF FELDMAN-RUMPLER (By Leslie
18      Feldman-Rumpler, Esq.), 101 Tremont Street, Suite
        708, Boston, Massachusetts 02108, on behalf of the
19      Defendant

20

21

22

23
                                              1 Courthouse Way
24                                            Boston, Massachusetts

25                                            June 3, 2005
```

```
 1                        I N D E X
 2
       WITNESS:            DIRECT   CROSS    REDIRECT   RECROSS
 3
 4     THOMAS KEATING
 5        By Ms. Feldman-Rumpler
 6                          13
 7     CHRISTOPHER McDERMOTT
 8        By Ms. Feldman-Rumpler
 9                          29
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```