UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10305-WGY

```
                              )
UNITED STATES OF AMERICA      )
                              )
v.                            )
                              )
KEVIN APONTE                  )
_____)
```

ASSENTED MOTION TO CONTINUE SENTENCING HEARING

With the government's assent, the defendant, Kevin Aponte, hereby moves this Honorable Court to continue the sentencing hearing in this matter. Defendant states the following grounds in support of this motion:

1. Defense counsel has another sentencing hearing on the same day. The defendant in that case, Crim. No. 04-10135-GAO, was taken into custody in that matter on April 7, 2004, and with the exception of three months of release on conditions, has remained in custody since that time. Her sentencing has been continued once at the request of the government. If that sentencing hearing were to be continued again, there is a possibility that the defendant would serve more time than if the hearing were to take place as now scheduled.

2. Defense counsel also has a brief that is due in the Massachusetts Appeals Court on Monday, March 13. (Docket No. 2005-P-1158).

3. Defense counsel must also file an Application for Further Appellate Review in the Supreme Judicial Court in another state court post-conviction matter by March 20. (Appeals Court

Docket No. 2004-P-1279).

    4.   Defense counsel must also file a brief on behalf of another defendant in the Massachusetts Appeals Court by March 30, 2006. (Docket No. 2005-P-1679).

    3.   If the sentencing hearing in this matter were to be continued, it would not affect the time the defendant would be serving, based upon the offense charged and the sentencing range at issue. While it is clearly preferable not to continue a sentencing hearing, counsel believes that both the defendant in this case, the defendant in the case referenced in paragraph one of this motion will be better served if this motion were allowed than if counsel is forced to proceed with both matters as presently scheduled.

    WHEREFORE, the defendant, with the assent of the government, respectfully requests this Honorable Court to continue the sentencing in this matter to a date in early April, at the convenience of the Court.

> Respectfully submitted,
>
> KEVIN APONTE
> By his Attorney,
>
>  /s/   Leslie   Feldman-Rumpler
>
> Leslie Feldman-Rumpler, Esq.
> BBO # 555792
> 101 Tremont Street, Suite 708
> Boston, MA  02108
> (617) 728-9944

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the within document was served electronically on AUSA James Lang, Office of the United States Attorney, One Courthouse Way, 9th Floor, Boston, MA 02210.

| | |
|---|---|
|  3/8/06 | /s/Leslie Feldman-Rumpler |
| Date | Leslie Feldman-Rumpler, Esq. |