```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2
                                        Criminal No.
 3                                      04-10305-WGY

 4

 5

 6   * * * * * * * * * * * * * * * * *
                                     *
 7   UNITED STATES OF AMERICA        *
                                     *
 8   v.                              *   SENTENCING EXCERPT
                                     *
 9   KEVIN APONTE                    *
                                     *
10   * * * * * * * * * * * * * * * * *

11

12             BEFORE:  The Honorable William G. Young,
                            District Judge
13

14

15

16

17

18

19

20

21

22

23

24                                      1 Courthouse Way
                                        Boston, Massachusetts
25
                                        March 14, 2006
```

```
 1              THE COURT:  Very well.
 2              Mr. Kevin Aponte, in consideration of the offense
 3    of which you stand convicted, offenses of which you stand
 4    convicted, the requirements of 18 United States Code,
 5    Section 3553, the information from the United States
 6    Attorney, your attorney, and the probation officer, this
 7    Court sentences you, on Count 2, the possession with intent
 8    to distribute cocaine, to 151 months in the custody of the
 9    United States Attorney General.  On Count 1, felon in
10    possession of a firearm, the Court sentences you to ten
11    years in the custody of the United States Attorney General,
12    the sentence on Count 1 to run concurrent with the sentence
13    on Count 2.  So it's a 151 month sentence.
14              The Court imposes upon you thereafter three years
15    of supervised release.  The Court imposes no fine due to
16    your inability to pay a fine, and a $200 special assessment.
17              The Court imposes the following special conditions
18    on your probation.  That you are to provide a DNA sample at
19    the, under the supervision of the probation officer.  You
20    are to participate in a program for substance abuse as
21    directed by the probation office, which program may include
22    testing not to exceed 104 drug tests per year.  You are
23    required to contribute to the costs of the services of such
24    program to the extent of your ability to pay.  All the
25    standard conditions will apply.
```

```
 1              Let me explain that sentence.  You have a
 2   horrifying record of violence and contempt for the law.
 3   Your attorney has argued ably and skillfully on your behalf.
 4   But you've been involved with guns and violence for years.
 5   And there's only one reason why I do not, there are two
 6   reasons why I do not sentence you longer than 151 months.
 7   First, that is the sensitive and reasonable recommendation
 8   of the United States Attorney's office, recognizing that
 9   once you were apprehended on this count, on this conviction,
10   you have done the sensible thing; and two, Mr. Aponte, I am
11   not insensitive to the fact that there are a number of
12   people who truly do love you and truly do care about you.
13   And your life is not over.  But any sentence less than the
14   sentence strongly advised by the congress of the United
15   States in your case does not do justice to the array of
16   offenses.  The state courts have bent over backwards for
17   you, sir.  And you have gone right on offending.  You are in
18   the very heartland of those persons for whom the
19   congressional advice fits absolutely.  This is a just and a
20   fair sentence.
21              You will have credit towards the service of this
22   sentence -- now, he gets credit for the state custody
23   because it was on this offense, Mr. Lang -- Ms. Lombardini?
24              **THE PROBATION OFFICER:**  Yes.
25              **THE COURT::**  All right.  So he'll have credit for
```

1    the service of this sentence from April 8, 2004 to the
2    present.
3            You are advised, sir, that you have the right to
4    appeal from any finding or ruling this Court makes against
5    you.  Should you appeal and should your appeal be successful
6    in whole or in part and the case remanded you'll be
7    resentenced before another judge.
8            Now, Ms. Feldman-Rumpler, should he determine to
9    appeal and should you -- this is for smooth transcript
10   preparation -- should you determine that you want a
11   transcript, I want you to order it prior to taking the
12   appeal while I still have jurisdiction.  I tell you now I
13   will promptly allow the preparation of whatever transcript
14   may be necessary to effect an appeal, but I want to get that
15   done.  I don't want it up in the Court of Appeals and back
16   and forth and the order coming down in a month.
17           Do you understand that?
18           **MS. FELDMAN-RUMPLER:**  I do, your Honor.
19           **THE COURT:**  Fine.  All right.  That's the sentence
20   of the Court.  He's remanded to the custody of the marshals.
21           **MS. FELDMAN-RUMPLER:**  Your Honor, one more thing
22   which I should have said earlier, which is that he would
23   like to participate in the 500-hour drug program in the
24   Bureau of Prisons, if your Honor would recommend that.
25           **THE COURT:**  I do so recommend.  That makes

```
 1   excellent sense in this circumstance.  He's remanded.  We'll
 2   recess.
 3           THE CLERK:  All rise.  Court is in recess.
 4           (Whereupon the matter concluded.)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```