```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

                                              Criminal No.
                                              04-10305-WGY


     * * * * * * * * * * * * * * * *
                                    *
     UNITED STATES OF AMERICA       *
                                    *
     v.                             *    DISPOSITION
                                    *
     KEVIN APONTE                   *
                                    *
     * * * * * * * * * * * * * * * *


                BEFORE:  The Honorable William G. Young,
                              District Judge



     APPEARANCES:

             JAMES F. LANG, Assistant United States
        Attorney, 1 Courthouse Way, Suite 9200, Boston,
        Massachusetts 02210, on behalf of the Government

             LAW OFFICE OF FELDMAN-RUMPLER (By Leslie
        Feldman-Rumpler, Esq.), 101 Tremont Street, Suite
        708, Boston, Massachusetts 02108, on behalf of the
        Defendant




                                       1 Courthouse Way
                                       Boston, Massachusetts

                                       March 14, 2006
```