UNITED STATES OF AMERICA
FOR THE DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA )
                         )   CRIMINAL NO. 04-CR-10305-WGY
v.                       )
                         )
KEVIN APONTE             )
_____)

## NOTICE OF APPEAL

The defendant, Kevin Aponte, hereby gives notice of his appeal to the United States Court of Appeals for the First Circuit from the sentence imposed by the district court (Young, J.) on March 14, 2006, and the Judgment entered in this matter on March 15, 2006.

                              Respectfully submitted,

                              KEVIN APONTE
                              By his Attorney


                              _/s/Leslie Feldman-Rumpler___
                              Leslie Feldman-Rumpler, Esq.
                              BBO # 555792
                              101 Tremont Street, Ste. 708
                              Boston, MA  02108
                              (617) 728-9944

### Certificate of Service

I, Leslie Feldman-Rumpler, hereby certify that I have caused a copy of this notice to be served electronically on AUSA James Lang, Office of the United States Attorney, United States District Court, One Courthouse Way, Boston, MA  02210.

```
 /3/22/06                                /s/Leslie Feldman-Rumpler
Date                                    Leslie Feldman-Rumpler, Esq.
```