APPEAL, MAG

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10305-WGY-ALL

Case title: USA v. Aponte

Magistrate judge case number: 1:04-mj-00862-MBB

Date Filed: 09/29/2004

---

Assigned to: Judge William G. Young

### Defendant

**Kevin Aponte** (1)
*TERMINATED: 03/15/2006*

represented by **Leslie Feldman-Rumpler**
Law Office of Feldman-Rumpler
101 Tremont Street
Suite 708
Boston, MA 02108
617-728-9944
Fax: N/A
Email: lfeldmanr@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Syrie D. Fried**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: syrie_fried@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Robert M. Goldstein**
20 Park Plaza
Suite 903
Boston, MA 02116
617-742-9015
Fax: 617-742-9016
Email: rmg@goldstein-lawfirm.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

## Disposition

The defendant is committed to the custody of the BOP for 151 months. 120 months on count 2s and 151 months on count 1s, the sentence on count 2s to run concurrent with the sentence on count 1s. Following his release the defendant is to serve 3 years of Supervised Release with special conditions. No Fine. Special Assessment of $200. The Court recommends the defendant be permitted to participate in the 500 hour drug treatment program while in custody. The Court recommends the defendant receive credit for time served from 4/8/04 to the present.

18:922(g)(1) Possession of a
Firearm and Ammunition by a
convicted Felon
(1s)

The defendant is committed to the custody of the BOP for 151 months. 120 months on count 2s and 151 months on count 1s, the sentence on count 2s to run concurrent with the sentence on count 1s. Following his release the defendant is to serve 3 years of Supervised Release with special conditions. No Fine. Special Assessment of $200. The Court recommends the defendant

21:841(a)(1) Possession of
Cocaine with Intent to Distribute
(2s)

be permitted to participate in the
500 hour drug treatment program
while in custody. The Court
recommends the defendant
receive credit for time served
from 4/8/04 to the present.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

18:922(g)(1) Possession of a
Firearm and Ammunition by a
Convicted Felon
(1)

### Disposition

Dismissed upon filing a
superseding indictment

## Highest Offense Level (Terminated)

Felony

## Complaints

18:922(g)(1)Dft. did having
previously been convicted of a
crime punishable by a term of
imprisonment exceeding one year,
possess, in and affecting
commerce, a firearm, to wit: a
Glock, Model 19, 9mm semi-
automatic pistol bearing an
obliterated serial number

### Disposition

## Plaintiff

**USA**                            represented by **William H. Connolly**
                                   United States Attorney's Office
                                   John Joseph Moakley Federal
                                   Courthouse
                                   1 Courthouse Way
                                   Suite 9200

Boston, MA 02210
617-748-3174
Fax: 617-748-3954
Email:
William.Connolly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2004 | 1 | SEALED COMPLAINT as to Kevin Aponte (1). (Smith3, Dianne) Additional attachment(s) added on 7/21/2004 (Smith3, Dianne).[1:04-mj-00862-MBB] (Entered: 07/20/2004) |
| 07/16/2004 | 2 | AFFIDAVIT of Jody Minick by Kevin Aponte 1 Complaint (Sealed) (Smith3, Dianne)[1:04-mj-00862-MBB] (Entered: 07/20/2004) |
| 07/16/2004 | 3 | MOTION to Seal Case as to Kevin Aponte by USA. (Smith3, Dianne) Additional attachment(s) added on 7/21/2004 (Smith3, Dianne).[1:04-mj-00862-MBB] (Entered: 07/20/2004) |
| 07/16/2004 | | Judge Marianne B. Bowler : Endorsement on motion ORDER entered granting 3 Motion to Seal Case as to Kevin Aponte (1) (Smith3, Dianne)[1:04-mj-00862-MBB] (Entered: 07/20/2004) |
| 07/16/2004 | | Arrest Warrant Issued as to Kevin Aponte. (Smith3, Dianne) [1:04-mj-00862-MBB] (Entered: 07/21/2004) |
| 08/03/2004 | 4 | MOTION to Unseal Case as to Kevin Aponte by USA. (Smith3, Dianne)[1:04-mj-00862-MBB] (Entered: 08/03/2004) |
| 08/03/2004 | | Judge Marianne B. Bowler : Endorsement on motion ORDER entered granting [4] Motion to Unseal Case as to Kevin Aponte (1) (Smith3, Dianne)[1:04-mj-00862-MBB] (Entered: 08/03/2004) |
| 08/03/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Appearance as to Kevin Aponte held on 8/3/2004; William Connolly for the govt.; Syrie Fried for the deft.; Deft. informed of charges, rights and right to cou [1:04nsel; Deft. informs the court he cannot afford counsel; Deft. presented with a financial affidavit; Deft. is sworn and counsel for the deft. asks that questioning by the court be |

| | | |
|---|---|---|
| | | deferred pending the detention hearing; Deft. completes financial affid[1:04avit and court orders the appointment of counsel forthwith; Detention hearing and preliminary examination set for Friday, August 6, 2004 at 2:45 PM pursuant to the govt.'s motion for detention and continuance; Deft. is remanded to the custody of[1:04 the U. S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn)[1:04-mj-00862-MBB] (Entered: 08/03/2004) |
| 08/03/2004 | 5 | Judge Marianne B. Bowler : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kevin Aponte Syrie D. Fried for Kevin Aponte appointed. (Saccoccio, Dianalynn)[1:04-mj-00862-MBB] (Entered: 08/03/2004) |
| 08/03/2004 | 6 | CJA 23 Financial Affidavit by Kevin Aponte (Saccoccio, Dianalynn)[1:04-mj-00862-MBB] (Entered: 08/05/2004) |
| 08/06/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Detention Hearing and Preliminary Examination as to Kevin Aponte held on 8/6/2004; William Connolly for the govt.; Syrie Fried for the deft.; Basil Cronin for Pretria[1:04l Services; Govt. calls Sp. Agent Sheila O'Hara to testify; Govt. offers one exhibit; Deft.'s counsel cross examines the witness; Defense Counsel calls Elizabeth Garcia Depina to testify; Govt. cross examines witness; Defense counsel offers[1:04 one exhibit; Govt. argues for the detention of the deft. and for the court to find probable cause; Counsel for the deft. argues for the release of the deft. to a treatment program; Court asks the report be reviewed by Pretrial Services to evaluate t[1:04he possibility of a treatment program; Court does make a finding of probable cause; The court will take the matter under advisement should Pretrial advise that the deft. is not eligible for treatment; Deft. is remanded to the custody of the U.S. Mars[1:04hals. (Tape #Digital.) (Saccoccio, Dianalynn)[1:04-mj-00862-MBB] (Entered: 08/06/2004) |
| 08/06/2004 | 7 | EXHIBIT/WITNESS LIST by USA, Kevin Aponte as to Kevin Aponte (Saccoccio, Dianalynn)[1:04-mj-00862-MBB] (Entered: 08/06/2004) |
| 08/09/2004 | 8 | Arrest Warrant Returned Executed on 8/2/04. as to Kevin Aponte. (Rynne, Michelle)[1:04-mj-00862-MBB] (Entered: 08/10/2004) |

| 09/28/2004 | 9 | NOTICE OF ATTORNEY APPEARANCE: Robert M Goldstein appearing for Kevin Aponte (Goldstein, Robert) [1:04-mj-00862-MBB] (Entered: 09/28/2004) |
| 09/29/2004 | 10 | INDICTMENT as to Kevin Aponte (1) count(s) 1. (Gawlik, Cathy) (Entered: 09/30/2004) |
| 09/30/2004 | 11 | Judge William G. Young : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: Arraignment and Bail ONLY as to Kevin Aponte (Gawlik, Cathy) (Entered: 09/30/2004) |
| 10/01/2004 | 12 | NOTICE OF HEARING as to Kevin Aponte: Arraignment set for 10/8/2004 at 2:45 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 10/01/2004) |
| 10/08/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Arraignment as to Kevin Aponte (1) Count 1 held on 10/8/2004; William Connolly for the govt.; Robert Goldstein for the deft.; Tom O'Brien for Pretrial Sevices; Deft. waives the reading of the indictment in its entirety; Deft. pleads not guilty; Govt. anticipates six to eight witnesses and the trial to last five days; The case will be returned to C.D.J. Young for further scheduling; Deft. remanded to the custody of the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 10/08/2004) |
| 11/03/2004 | 13 | NOTICE OF HEARING as to Kevin Aponte Scheduling Conference set for 11/22/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 11/03/2004) |
| 11/10/2004 | 14 | MOTION for Release from Custody as to Kevin Aponte. (Goldstein, Robert) (Entered: 11/10/2004) |
| 11/10/2004 | 15 | NOTICE OF RESCHEDULING as to Kevin Aponte Scheduling Conference set for 11/23/2004 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 11/10/2004) |
| 12/08/2004 | 16 | NOTICE OF HEARING ON MOTION for Kevin Aponte; Hearing on docket entry # 14 (Kevin Aponte's Motion for Pretrial Release) set for 12/14/2004 at 2:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 12/08/2004) |

| | | |
|---|---|---|
| 12/13/2004 | ◔ | ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young :Scheduling Conference as to Kevin Aponte held on 12/13/2004 Jury Trial set for 6/6/2005 09:00 AM before Chief Judge William G. Young. (Court Reporter WOMACK.) (Smith, Bonnie) (Entered: 12/13/2004) |
| 12/13/2004 | ◔17 | Judge William G. Young : ORDER entered SCHEDULING ORDER as to Kevin Aponte Final Pretrial Conference set for 5/9/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. Trial set for 6/6/05. Substantive motions to be filed by 4/4/05, responses due by 4/29/05 (Smith, Bonnie) (Entered: 12/13/2004) |
| 12/13/2004 | ◔ | Judge William G. Young : ORDER entered ORDER ON EXCLUDABLE DELAY as to Kevin Aponte Time excluded from 12/13/04 until 6/6/05. (Smith, Bonnie) (Entered: 12/13/2004) |
| 12/14/2004 | ◔ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler:Motion hearing for Kevin Aponte held on 12/14/2004 re: 14 MOTION for Release from Custody filed by Kevin Aponte; Court hears argument on the motion; Pretrial Services will conduct a further review and notify the court; Deft. remanded to the custody of the U. S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 12/16/2004) |
| 12/15/2004 | ◔18 | MOTION to Withdraw Document *motion for pretrial release* as to Kevin Aponte. (Goldstein, Robert) (Entered: 12/15/2004) |
| 12/17/2004 | ◔ | Judge Marianne B. Bowler: Electronic ORDER entered withdrawing 14 Motion for Release from Custody as to Kevin Aponte(1) and granting 18 Motion to Withdraw Document as to Kevin Aponte(1). (Bowler, Marianne) (Entered: 12/17/2004) |
| 12/17/2004 | ◔19 | Judge Marianne B. Bowler: ORDER entered ORDER OF DETENTION as to Kevin Aponte. (Bowler, Marianne) (Entered: 12/17/2004) |
| 01/12/2005 | ◔20 | SUPERSEDING INDICTMENT as to Kevin Aponte (1) count (s) 1s, 2s. (Gawlik, Cathy) (Entered: 01/12/2005) |
| 01/12/2005 | ◔21 | Judge William G. Young : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: Arraignment and Bail ONLY re |

| | | Superseding Indictment as to Kevin Aponte (Gawlik, Cathy) (Entered: 01/12/2005) |
|---|---|---|
| 01/27/2005 | 22 | NOTICE OF HEARING for Kevin Aponte; Arraignment on the superseding indictment is set for 2/4/2005 at 10:30 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 01/27/2005) |
| 02/04/2005 | ❍ | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Hearing for Kevin Aponte held on 2/4/2005; William Connolly for the govt. and Robert Goldstein for the deft.; Arraignment on the superseding indictment is not held as counsel for the deft. moves to withdraw from the case; The court allows the oral motion and asks that a formal motion be filed; The court has the deft. complete a financial affidavit and orders that counsel be appointed forthwith; Arraignment on the superseding indictment is rescheduled for 2/9/2005 at 2:00 PM. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 02/04/2005) |
| 02/04/2005 | 23 | MOTION to Withdraw as Attorney by Robert M. Goldstein. as to Kevin Aponte. (Goldstein, Robert) (Entered: 02/04/2005) |
| 02/04/2005 | 25 | Magistrate Judge Marianne B. Bowler: Electronic order entered; CJA 20 for Kevin Aponte; Appointment of Attorney Leslie Feldman-Rumpler for Kevin Aponte. (Saccoccio, Dianalynn) (Entered: 02/04/2005) |
| 02/07/2005 | ❍ | Judge Marianne B. Bowler: Electronic ORDER entered granting 23 Motion to Withdraw as Attorney as to Kevin Aponte(1). (Bowler, Marianne) (Entered: 02/07/2005) |
| 02/09/2005 | ❍ | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Arraignment on the superseding indictment for Kevin Aponte held on 2/9/2005; Paul Moore standing in for William Connolly for the govt. and Leslie Feldman-Rumpler for the deft.; The deft. waives the reading of the indictment in its entirety and pleads not guilty to counts 1s and 2s; The defendant is remanded to the custody of the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 02/10/2005) |
| 04/04/2005 | 26 | MOTION for Extension of Time to April 25, 2005 to File substantive motions as to Kevin Aponteby Kevin Aponte, USA. (Connolly, William) (Entered: 04/04/2005) |
| | ❍ | |

| 04/05/2005 | | Judge William G. Young : Electronic ORDER entered granting 26 Motion for Extension of Time to April 25, 2005 to File Substantive Motions as to Kevin Aponte (1). cc/cl. (Bell, Marie) (Entered: 04/06/2005) |
|---|---|---|
| 05/09/2005 | ◕ | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Final Pretrial Conference as to Kevin Aponte held on 5/9/2005. Jury trial set for 6/6/05. Defendant requests extension of time to file substantive motions. Motions due by 5/16/05. Court issues pretrial order. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/09/2005) |
| 05/09/2005 | ◕ | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Pretrial Conference as to Kevin Aponte held on 5/9/2005. Defense requests an extension of time to file substantive motions. Court grants request to file by 5/16/05. Defense requests a continuation of the trial date. Court denies the request. Trial to commence 6/6/05. Court to issue a pretrial order. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/10/2005) |
| 05/10/2005 | ◕27 | Judge William G. Young : Electronic ORDER entered. PRETRIAL ORDER as to Kevin Aponte Time excluded from 5/9/05 until 6/6/05. Jury Trial set for 6/6/2005 09:00 AM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/10/2005) |
| 05/10/2005 | ◕ | Judge update in the case of Kevin Aponte; Magistrate Judge Marianne B. Bowler no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: 05/10/2005) |
| 05/16/2005 | ◕28 | MOTION to Suppress as to Kevin Aponte. (Feldman-Rumpler, Leslie) (Entered: 05/16/2005) |
| 05/16/2005 | ◕29 | MEMORANDUM in Support by Kevin Aponte re 28 MOTION to Suppress (Feldman-Rumpler, Leslie) (Entered: 05/16/2005) |
| 05/17/2005 | ◕ | NOTICE OF HEARING ON MOTION TO SUPPRESS as to Kevin Aponte An Evidentiary Hearing set for Wed. 6/1/2005 09:00 AM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/17/2005) |
| 05/18/2005 | ◕ | NOTICE OF RESCHEDULING HEARING ON MOTION TO SUPPRESS as to Kevin Aponte Evidentiary Hearing RESET for FRIDAY 6/3/2005 02:00 PM in Courtroom 18 |

| | | |
|---|---|---|
| | | before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/18/2005) |
| 05/24/2005 | 30 | MOTION to Continue to 07/18/2005 to continue trial as to Kevin Aponte. (Feldman-Rumpler, Leslie) (Entered: 05/24/2005) |
| 05/25/2005 | | Judge William G. Young : Electronic ORDER entered. as to Kevin Aponte re 30 MOTION to Continue to 07/18/2005 to continue trial filed by Kevin Aponte,, ORDER ON EXCLUDABLE DELAY as to Kevin Aponte Time excluded from 5/24/05 until 7/18/05., Motions terminated as to Kevin Aponte: Jury Trial set for 7/18/2005 09:00 AM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/25/2005) |
| 05/31/2005 | 31 | MEMORANDUM in Opposition by USA as to Kevin Aponte re 28 MOTION to Suppress (Connolly, William) (Entered: 05/31/2005) |
| 06/03/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Motion Hearing as to Kevin Aponte held on 6/3/2005 re 28 MOTION to Suppress filed by Kevin Aponte,Defendant's evidence commences. Defense Rests. After hearing the court Denies the motion to suppress (Court Reporter Womack.) (Smith, Bonnie) (Entered: 06/03/2005) |
| 06/03/2005 | 32 | EXHIBIT/WITNESS LIST by Kevin Aponte (Smith, Bonnie) (Entered: 06/03/2005) |
| 06/03/2005 | | Motions terminated as to Kevin Aponte: 28 MOTION to Suppress filed by Kevin Aponte,. (Smith, Bonnie) (Entered: 06/03/2005) |
| 07/05/2005 | | Judge William G. Young : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Kevin Aponte Time excluded from 7/5/05 until 9/12/05. (Smith, Bonnie) (Entered: 07/06/2005) |
| 07/06/2005 | | NOTICE OF RESCHEDULING as to Kevin ApontePer request of the defendant, the Jury Trial is reset for 9/12/2005 09:00 AM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 07/06/2005) |
| 08/30/2005 | | NOTICE OF RESCHEDULING as to Kevin Aponte Jury Trial reset for 10/31/2005 09:00 AM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: |

| | | 08/30/2005) |
|---|---|---|
| 08/30/2005 | ☉ | Judge William G. Young : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Kevin Aponte The time between 9/12/05 and 10/31/05 is excluded in the interest of justice. cc/cl (Smith, Bonnie) (Entered: 08/30/2005) |
| 10/18/2005 | ☉33 | TRANSCRIPT of Proceedings as to Kevin Aponte held on 6/3/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 10/18/2005) |
| 10/27/2005 | ☉ | NOTICE OF HEARING as to Kevin Aponte Change of Plea Hearing set for 11/3/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 10/27/2005) |
| 11/17/2005 | ☉ | NOTICE OF RESCHEDULING as to Kevin Aponte Change of Plea Hearing set for 12/12/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 11/17/2005) |
| 12/12/2005 | ☉ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Plea agreement filed. Defendant Sworn.Change of Plea Hearing as to Kevin Aponte held on 12/12/2005,After hearing the Court accepts a plea of guilty.Plea entered by Kevin Aponte (1) Guilty Count 1s,2s. Sentencing set for 3/14/06 at 2PM. Procedural Order re: sentencing to issue. Defendant remanded to custody. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 12/13/2005) |
| 12/12/2005 | ☉34 | PLEA AGREEMENT as to Kevin Aponte (Smith, Bonnie) (Entered: 12/13/2005) |
| 12/12/2005 | ☉35 | Judge William G. Young : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Kevin Aponte Sentencing set for 3/14/2006 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 12/13/2005) |
| 03/08/2006 | ☉36 | First MOTION to Continue *Sentencing Hearing (Assented)* to April, 2006 to sentencing hearing as to Kevin Aponte. (Feldman-Rumpler, Leslie) (Entered: 03/08/2006) |
| 03/09/2006 | ☉ | Judge William G. Young : Electronic ORDER entered denying |

| | | |
|---|---|---|
| | | 36 Motion to Continue as to Kevin Aponte (1) (Smith, Bonnie) (Entered: 03/09/2006) |
| 03/09/2006 | 37 | SENTENCING MEMORANDUM by Kevin Aponte (Feldman-Rumpler, Leslie) (Entered: 03/09/2006) |
| 03/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Sentencing held on 3/14/2006 for Kevin Aponte (1), Count(s) 1, Dismissed upon filing a superseding indictment; Count(s) 1s, 2s, After hearing from the Government, Defense counsel and the Defendant, the Court imposes the following sentence: The defendant is committed to the custody of the BOP for 151 months. 120 months on count 2s and 151 months on count 1s, the sentence on count 2s to run concurrent with the sentence on count 1s. Following his release the defendant is to serve 3 years of Supervised Release with special conditions. No Fine. Special Assessment of $200. The Court recommends the defendant be permitted to participate in the 500 hour drug treatment program while in custody. The Court recommends the defendant receive credit for time served from 4/8/04 to the present. The defendant is notified of his right to appeal. The defendant is remanded to custody. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 03/15/2006) |
| 03/15/2006 | 38 | Judge William G. Young : ORDER entered. JUDGMENT as to Kevin Aponte (1), Count(s) 1, Dismissed upon filing a superseding indictment; Count(s) 1s, 2s, The defendant is committed to the custody of the BOP for 151 months. 120 months on count 2s and 151 months on count 1s, the sentence on count 2s to run concurrent with the sentence on count 1s. Following his release the defendant is to serve 3 years of Supervised Release with special conditions. No Fine. Special Assessment of $200. The Court recommends the defendant be permitted to participate in the 500 hour drug treatment program while in custody. The Court recommends the defendant receive credit for time served from 4/8/04 to the present. (Attachments: # 1 Transcript) (Smith, Bonnie) (Entered: 03/15/2006) |
| 03/20/2006 | 39 | TRANSCRIPT of Proceedings as to Kevin Aponte held on 3/14/06 before Judge Young. Court Reporter: Womak. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. |

| | | |
|---|---|---|
| | | (Smith, Bonnie) (Entered: 03/20/2006) |
| 03/22/2006 | ◉40 | NOTICE OF APPEAL by Kevin Aponte NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/11/2006. (Feldman-Rumpler, Leslie) (Entered: 03/22/2006) |