# United States Court of Appeals
## For the First Circuit

No. 06-1660

UNITED STATES,

Appellee,

v.

KEVIN APONTE,

Defendant, Appellant.

Before

Torruella, Lynch and Lipez,
<u>Circuit Judges</u>.

JUDGMENT

Entered:  November 1, 2006

    We agree with the government that there is no substantial issue on appeal.  The district court properly calculated and considered the advisory guidelines. See <u>United States</u> v. <u>Jimenez-Beltre</u>, 440 F.3d 514, 518 (1st Cir. 2006)(en banc)(consideration of guidelines appropriate first step in sentence determination).  Its consideration of the sentencing factors set out in 18 U.S.C. § 3553 is clear from the transcript of the sentencing hearing, although not all factors were referred to explicitly.  The court's explanation of its sentence, which focused on appellant's contempt for the law and his "horrifying" history of violent offenses, embodies concern for respect for the law, deterrence, the characteristics and history of the defendant, and the protection of the public. See <u>United States</u> v. <u>Navedo-Concepcion</u>, 450 F.3d 54, 57 (1st Cir. 2006)(where reasons for the sentence are obvious, less explanation is needed).  The court addressed the parsimony principle directly, noting that any shorter sentence would have been inadequate.  We discern no error or abuse of discretion.